FILED
April 26, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAFAEL MADRIZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:13-mj-00125-EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Rafael Madriz</u>; Case <u>2:13-mj-00125-EFB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$100,000 total,</u> ($50,000 as to each surety), co-signed by brother and girl friend.

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions.</u> To be released the morning of 4/29/2013 from the US Marshals at 8:00 am. and to Pretrial Services

Issued at   <u>Sacramento, CA</u>   on   4/26/13   at 2:37 pm

By _____
Carolyn K. Delaney
United States Magistrate Judge