BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL MADRIZ, JR.<br><br>    Defendant. | Mag. 2:13-mj-0125 EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING |

    IT IS HEREBY STIPULATED BY AND BETWEEN Assistant United States Attorney Michael D. McCoy, counsel for the plaintiff United States of America, and defendant Rafael Madriz, Jr., by and through his counsel Gilbert A. Roque, that good cause exists to continue the preliminary hearing currently set for May 1, 2013, at 2:00 p.m. to May 16, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    On April 16, 2013, the defendant was charged by Criminal Complaint with knowingly possessing and transferring an unregistered firearm, in violation of 26 U.S.C. § 5861(d) and

1

(e).  The defendant was subsequently arrested and appeared in front of Magistrate Judge Edmund F. Brennan for his initial appearance on April 17, 2013.  At the initial appearance, Magistrate Judge Brennan set the preliminary hearing for May 1, 2013. The thirty day period for filing an information or indictment in this matter, pursuant to 18 U.S.C. § 3161(b), runs on May 16, 2013.

    The Government recently provided the defendant with an initial production of discovery.  Counsel for the defendant, Gilbert A. Roque, will need time to review the discovery with the defendant and prepare for the preliminary hearing.  The parties may also need time to consider a pre-indictment resolution of this matter. Because of this, good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).

    The government and the defendant agree that the combination of pending discovery review, attorney preparation, and consideration of a possible pre-indictment resolution to this matter constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including May 16, 2013.

///
///
///
///
///

2

    Gilbert A. Roque agrees to this request and has authorized Assistant United States Attorney Michael D. McCoy to sign this stipulation on his behalf.

```
DATED: April 29, 2013           By: /s/ Michael D. McCoy
                                    MICHAEL D. McCOY
                                    Assistant U.S. Attorney


DATED: April 29, 2013               /s/ Michael D. McCoy for
                                    GILBERT A. ROQUE
                                    Attorney for Defendant
                                    RAFAEL MADRIZ, JR.
                                    Electronically authorized to
                                    sign for Mr. Roque on April
                                    25, 2013
```

**IT IS HEREBY ORDERED:**

    1.   The preliminary hearing set for May 1, 2013, is continued to May 16, 2013, at 2:00 p.m.

    2.   Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including May 16, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

    IT IS SO ORDERED.

Dated: April 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE