GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for RAFAEL MADRIZ, JR.

**FILED**

JUN 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RAFAEL MADRIZ, JR.,<br><br>          Defendant. | 2:13-cr-185-TLN<br><br>REQUEST AND PROPOSED ORDER FOR PERMISSION FOR DEFENDANT'S EMERGENCY TRAVEL TO MEXICO AND TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

On June 25, 2013, the father of Defendant Rafael Madriz, Jr., was killed in an automobile accident in Mexico. Defendant respectfully requests that the Court allow him to temporarily travel to Mexico with his mother, who is presently in California, for the funeral and to attend to matters related to the sudden death of his father.

Defendant was ordered released by Magistrate Judge Carolyn K. Delaney on April 26, 2013, on an unsecured $100,000.00 bond. One of the conditions of pretrial release was monitoring through an ankle bracelet. Defendant respectfully requests that the ankle bracelet be ternporarily removed to allow him to travel to Mexico.

Upon his return to the California, Defendant will comply with any and all orders for replacement of the ankle bracelet and any other temporarily suspended pretrial release conditions.

                                              Respectfully submitted,

DATED: June 25, 2013                   /s/ Gilbert A. Roque_____
                                              GILBERT A. ROQUE, Attorney for
                                              RAFAEL MADRIZ, JR., Defendant

**ORDER**

IT IS HEREBY ORDERED that Defendant Rafael Madriz, Jr., is temporarily permitted to travel immediately to Mexico for his father's funeral.

IT IS FURTHER ORDERED that Pretrial Services remove the ankle bracelet of Defendant Rafael Madriz, Jr., to allow him to travel to Mexico, leaving on June 26, 2013, and returning July 2, 2013, and temporarily suspend any conditions of his pretrial release which cannot reasonably be complied with during his absence. Upon his return on July 2, 2013, the defendant shall immediately report to the Pretrial Services officer.

IT IS FURTHER ORDERED that Defendant Rafael Madriz, Jr., return forthwith to California after his father's funeral, and report to Pretrial Services immediately upon his return for reimposition of any temporarily suspended conditions of his pretrial release.

IT IS SO ORDERED.

DATED: 6-26-13

EDMUND F. BRENNAN
United States Magistrate Judge

2