1 | GILBERT A. ROQUE
Attorney at Law
2 | California State Bar Number 074966
913 Court Street
3 | Woodland, California 95695
(530) 666-1935
4 |
Attorney for RAFAEL MADRIZ, JR.
5 |

6 | UNITED STATES DISTRICT COURT

7 | EASTERN DISTRICT OF CALIFORNIA

8 |
UNITED STATES OF AMERICA,                    )        2:13-cr-185-TLN
9 |                                            )
                          Plaintiff,          )        STIPULATION AND ORDER
10 |                                           )        VACATING DATE,
                                              )        CONTINUING CASE AND
11 |                                           )        EXCLUDING TIME
     vs.                                      )
12 |                                           )        Date  : 9/12/13
     RAFAEL MADRIZ, JR.,                       )        Time  : 9:30 a.m.
13 |                                           )        Court : Hon. Troy L. Nunley
                          Defendant.          )
14 | _____  )

15 | **IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through

16 | Assistant United States Attorney Michael D. McCoy and Defendant Rafael Madriz, Jr., through

17 | his counsel, Gilbert A. Roque, that the Status Conference scheduled for August 1, 2013, at

18 | 9:30 a.m., be vacated and the matter be continued to September 12, 2013, at 9:30 a.m.,

19 | before the Honorable Troy L. Nunley.  This continuance is requested by the parties for

20 | continued negotiation and defense preparation.

21 | **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C.

22 | § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4

23 | (time to prepare), and that the ends of justice served in granting the continuance outweigh the

24 | best interests of the public and the defendant in a speedy trial.

25 | **IT IS SO STIPULATED.**

26 | Respectfully submitted,

27 | DATED: July 25, 2013                  /s/ Gilbert A. Roque
                                          GILBERT A. ROQUE, Attorney for
28 |                                      RAFAEL MADRIZ, JR., Defendant

1

DATED: July 25, 2013             /s/ Michael D. McCoy
                                 MICHAEL D. McCOY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

### ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, July 25, 2013, up to and including the new Status Conference, September 12, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the August 1, 2013, Status Conference is vacated and shall be continued until September 12, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:       July 26, 2013


                                 Troy L. Nunley
                                 United States District Judge