1  BENJAMIN B. WAGNER
United States Attorney
2  MICHAEL D. McCOY
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-185-TLN
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
13 | v. |
14 | RAFAEL MADRIZ, JR., | DATE: January 16, 2014
TIME: 9:30 a.m.
15 | Defendants. | COURT: Hon. Troy L. Nunley

16

17                          **STIPULATION**

18      1.     By previous order, this matter was set for status on November 21, 2013.

19      2.     By this stipulation, defendants now move to continue the status conference until January

20  16, 2014, at 9:30 a.m., and to exclude time between November 21, 2013, and January 16, 2014, under

21  Local Code T4.

22      3.     The parties agree and stipulate, and request that the Court find the following:

23           a)    The government has represented that the discovery associated with this case has

24  been either produced directly to counsel and/or made available for inspection and copying.

25           b)    Counsel for defendant desires additional time to review discovery, engage in

26  additional research and investigation, discuss potential resolutions with his client, prepare

27  pretrial motions, and/or otherwise prepare for trial. The parties have also initiated plea

28  negotiations, which require additional time.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to January 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 19, 2013        BENJAMIN B. WAGNER
                    United States Attorney

                    /s/ MICHAEL D. McCOY
                    MICHAEL D. McCOY
                    Assistant United States Attorney

Dated:  November 19, 2013        /s/ GILBERT A. ROQUE (e-mail authorization)
                    GILBERT A. ROQUE
                    Counsel for Defendant
                    RAFAEL MADRIZ, JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2013

_____
Troy L. Nunley
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3