GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
RAFAEL MADRIZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAFAEL MADRIZ, JR., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | 2:13-CR-185-TLN <br><br> STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME <br><br> Date  : 10/09/14 <br> Time  : 9:30 a.m. <br> Court : Hon. Troy L. Nunley |

　　IT IS HEREBY STIPULATED by Defendant Rafael Madriz, Jr., through his appointed counsel, Gilbert A. Roque, and Plaintiff United States of America, through Assistant United States Attorney Michael D. McCoy, that the Status Conference scheduled for August 28, 2014, at 9:30 a.m., be vacated and the matter continued to October 9, 2014, at 9:30 a.m., before the Honorable Troy L. Nunley.

　　This continuance is requested by the parties for continued negotiations. The parties anticipate a change of plea at the next Status Conference.

　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (reasonable time to prepare) from August 28, 2014, to October 9,

2014, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  August 26, 2014　　　　　　　　/s/ Gilbert A. Roque

GILBERT A. ROQUE
Attorney for Defendant
RAFAEL MADRIZ, JR.

Dated:  August 26, 2014　　　　　　　　/s/ Michael D. McCoy

MICHAEL D. McCOY
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from August 28, 2014, up to and including the new Status Conference, October 9, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time to prepare).

It is further ordered that the August 28, 2014, Status Conference is vacated and shall be continued until October 9, 2014, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 28, 2014

Troy L. Nunley
United States District Judge