BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-185-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RAFAEL MADRIZ, JR., | DATE: December 18, 2014 |
| Defendants. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for status on November 20, 2014.

2.  By this stipulation, the parties now move to continue the status conference until December 18, 2014, and to exclude time between November 20, 2014, and December 18, 2014, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

    b)  This continuance is requested by the parties for negotiation and preparation of a plea agreement. Once obtained, counsel will need to review the plea agreement with defendant for execution with the assistance of a certified interpreter.

///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2014 to December 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 12, 2014                  BENJAMIN B. WAGNER  
                                                    United States Attorney

                                                    /s/ MICHAEL D. McCOY  
                                                    MICHAEL D. McCOY  
                                                    Assistant United States Attorney

Dated:  November 12, 2014                  /s/ GILBERT A. ROQUE (e-mail authorization)  
                                                  GILBERT A. ROQUE  
                                                  Counsel for Defendant  
                                                  RAFAEL MADRIZ, JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of November, 2014.

                                                Troy L. Nunley
                                                United States District Judge