GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
RAFAEL MADRIZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-185-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR REMOVAL OF |
| vs. | ) | DEFENDANT'S LOCATION |
| | ) | MONITORING CONDITION |
| RAFAEL MADRIZ, JR., | ) | OF PRETRIAL RELEASE |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by Defendant Rafael Madriz, Jr., through his counsel, Gilbert A. Roque, and Plaintiff United States of America, through Assistant United States Attorney Michael D. McCoy, with the consent and approval of Pretrial Services Officer Renee Basurto, that the Defendant's location monitoring condition of pretrial release be removed.

   Defendant was originally ordered released by Magistrate Judge Carolyn K. Delaney on April 26, 2013, on an unsecured $100,000.00 bond.  One of the conditions of pretrial release was monitoring through an ankle bracelet, as described in item 14 of the special conditions of release detailed in Document Number 13 of the Docket, incorporated herein by reference.

The parties request the removal of the ankle bracelet because Defendant has been in full compliance with all the conditions of release since said conditions were imposed.

IT IS FURTHER STIPULATED that all other conditions of pretrial release, as listed in Document Number 13, remain in full force and effect.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 3, 2014          /s/ Gilbert A. Roque

GILBERT A. ROQUE
Attorney for Defendant
RAFAEL MADRIZ, JR.

Dated:  December 3, 2014          /s/ Michael D. McCoy

MICHAEL D. McCOY
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, IT IS HEREBY ORDERED that the location monitoring condition be removed from the conditions of Defendant's pretrial release, as listed in Document Number 13 of the Docket, and that the pertinent devices be removed forthwith from Defendant's person and home.

IT IS FURTHER ORDERED that all other conditions of pretrial release, as listed in Document Number 13 of the Docket, remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  December 4, 2014

*(signature)*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE