GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
RAFAEL MADRIZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAFAEL MADRIZ, JR.,<br><br>　　　　Defendant<br>_____ | 2:13-CR-185-TLN<br><br>STIPULATION AND ORDER ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date　　: 1/22/15<br>Time　　: 9:30 a.m.<br>Court　 : Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by Defendant Rafael Madriz, Jr., through his appointed counsel, Gilbert A. Roque, and Plaintiff United States of America, through Assistant United States Attorney Michael D. McCoy, that the Status Conference scheduled for December 18, 2014, at 9:30 a.m., be vacated and the matter continued to January 22, 2015, at 9:30 a.m., before the Honorable Troy L. Nunley.

　　　This continuance is requested by the parties for ongoing defense preparation.

　　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (reasonable time to prepare) from December 18, 2014, to January 22, 2015, and that the ends of justice served in granting the continuance outweigh the

best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 12, 2014                                  /s/ Gilbert A. Roque

                                                                               GILBERT A. ROQUE
                                                                               Attorney for Defendant
                                                                               RAFAEL MADRIZ, JR.

Dated:  December 12, 2014                                  /s/ Michael D. McCoy

                                                                               MICHAEL D. McCOY
                                                                               Assistant United States Attorney
                                                                               Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from December 18, 2014, up to and including the new Status Conference, January 22, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time to prepare).

It is further ordered that the December 18, 2014, Status Conference is vacated and shall be continued until January 22, 2015, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  December 12, 2014

                                                                               Troy L. Nunley
                                                                               United States District Judge