1  BENJAMIN B. WAGNER
United States Attorney
2  SAMUEL WONG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, California 95814
4  Telephone:  (916) 554-2772

5  Attorneys for Plaintiff
United States of America
6

7                IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            CASE NO.  2:13-CR-185-TLN

11                      Plaintiff,       **STIPULATION AND ORDER RE:
                                         DEFENDANT RAFAEL MADRIZ, JR.'S
12               v.                      TESTING OF EXHIBIT NO. 9
                                         (METHAMPHETAMINE)**
13  RAFAEL MADRIZ, JR.,
                                         Court:  Hon. Troy L. Nunley
14                      Defendant.

15

16        Whereas, defendant Rafael Madriz desires to utilize defense expert Judith Stewart, Senior

17  Forensic Toxicologist, Forensic Analytical Science, Inc., to test Bureau of Alcohol, Tobacco, Firearms,

18  and Explosives ("ATF"), Case No. 786095-13-0053, Exhibit No. 9, as reported in Drug Enforcement

19  Administration ("DEA") Form 7, Report of Drug Property Collected, Purchased or Seized, Discovery

20  Document Nos. 36-37,

21  ///

22  ///

23  ///

24

25

26

27

28

1

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)

1   It is hereby stipulated and agreed to by and between the parties, through their respective counsel,

2   that the Court may enter the attached order to effect the testing of ATF Case No. 786095-13-0053,

3   Exhibit No. 9.

4

    Dated:  May 12, 2012                    */s/ Clemente Jimenez*

5
                                    By:
6                                       CLEMENTE JIMENEZ
                                        Attorney for defendant
7                                       RAFAEL MADRIZ

8   Dated:  May 12, 2016                    PHILIP TALBERT
                                        Acting United States Attorney
9
                                        */s/ Samuel Wong*
10                                  By:

11                                      SAMUEL WONG
                                        Assistant United States Attorney

12   _____

13
                                    **ORDER**
14

15   Pursuant to stipulation of the parties and good cause appearing therefrom, IT IS HEREBY

16   ORDERED, pursuant to F.R.Crim.P. 16(a)(1)(E), that the United States shall extract a representative

17   sample weighing 500 milligrams from Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"),

18   Case No. 786095-13-0053, Exhibit No. 9, to perform the defense qualitative and quantitative analyses.

19   IT IS FURTHER ORDERED that the  United States shall deliver, within ten calendar days of

20   this Order, in a manner it deems appropriate for the type and quantity of controlled substance at issue,

21   and considering the expert's proximity to the originating Drug Enforcement Administration 's Western

22   Regional Laboratory, the representative sample taken from Exhibit No. 9 to the defense expert, Judith

23   Stewart, Senior Forensic Toxicologist, of Forensic Analytical Science, Inc., DEA Registration Number

24   RF0193778, located at 3777 Depot Road #409, Hayward, California, 94545 (telephone:  510- 266-

25   8100).  The defense expert shall perform the qualitative and quantitative analyses of the sample from

26   Exhibit No. 9, in accord and in full compliance with the applicable DEA registration procedures, found

27   at 21 C.F.R. § 1301.11, et seq.

28   IT IS FURTHER ORDERED that, upon delivery of the representative sample taken from Exhibit

2

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)

1   No. 9 to the defense expert, the expert shall sign and return by Registered Mail, Return Receipt

2   Requested, all accompanying forms (including Form DEA-12, "Receipt For Cash Or Other Items")

3   indicating receipt of the representative sample. The defense expert shall conduct the identification and

4   quantitative analysis (calculated as the hydrochloride salt form) ordered herein, and shall provide the

5   United States with a Declaration Under Penalty of Perjury pursuant to 28 U.S.C. § 1746.  The

6   Declaration will state the quantity of the representative sample consumed during analysis as well as the

7   weight of the representative sample both received from and any remaining portion of the representative

8   sample returned to the United States.  The Declaration shall be delivered to the United States

9   immediately upon completion of the analyses ordered herein.

10        IT IS FURTHER ORDERED that, in accordance with F.R.Crim.P. 16(b)(1)(B), the defense

11   counsel shall provide the United States with a complete copy of the results or reports of the analyses

12   under this Order.

13        IT IS FURTHER ORDERED that the defense expert:  (1) shall perform her qualitative and

14   quantitative analyses of the sample from Exhibit No. 9 within ten calendar days of the date of this Order;

15   (2) shall be responsible for safeguarding the representative sample taken from Exhibit No. 9, preserving

16   the chain of custody in a manner to faithfully protect its integrity; (3) shall be responsible for

17   repackaging any remaining portion of the representative sample taken from Exhibit No. 9 into a heat-

18   sealed transparent plastic bag, which shall be heat sealed and secured in such a manner that tampering

19   will be readily observable; and (4) shall return, within five calendar days following completion of the

20   reanalysis, any residual substance and its original packaging to the originating DEA Western Regional

21   Laboratory, 6880 Koll Center Parkway, Pleasanton, California, 94566 (telephone:  925-417-5565), by

22   secured delivery services (i.e., barcode tracking systems) offered by the United States Postal Service

23   (such as registered mail) or by a commercial carrier, **but not to include regular first class mail**.

24        IT IS FURTHER ORDERED, that:  (1) any failure by the defense expert to follow the

25   aforementioned procedures will render the testing results scientifically invalid; and (2) any failure by the

26   defense to maintain the proper chain of custody will not render Exhibit No. 9 and/or DEA's scientific

27   examination results inadmissible for this reason.

28        IT IS FURTHER ORDERED, that time from the date of this stipulation, May 12, 2016, to, and

3

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)

1    including, June 20, 2016, shall be excluded from computation of time within which the trial of this case

2    must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

3    (Local Code T4) (preparation by defense counsel) to allow for the testing by the defense of a

4    representative sample from Exhibit No. 9.

5

6

   Dated: May 18, 2016

7

8    _____
     Troy L. Nunley
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)