CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for RAFAEL MADRIZ, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>RAFAEL MADRIZ, JR.,<br><br>                Defendants. | Case No.: 2:13-CR-185 TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE AND REQUESTING RESETTING OF BRIEFING SCHEDULE<br><br>DATE:   June 30, 2016<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant RAFAEL MADRIZ, JR., that the sentencing hearing scheduled for June 30, 2016, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on September 8, 2016, at 9:30 a.m. for judgment and sentencing.  US Probation has indicated it will require additional time to prepare the presentence report in this matter as the defense and probation were able to conduct the probation interview only recently. Accordingly, and following discussions regarding scheduling and availability, the parties hereby request that the court modify the briefing schedule as follows:

Draft PSR due: 7/28/16

05/26/16

1    Objections due:  8/11/16

2    Final PSR due:  8/18/16

3    Motion for Correction:  8/25/16

4    Reply, or Non-Opposition:  9/1/16

5    J&S:  9/8/16

6

7

8    DATED:        May 25, 2016              /S/      Samuel Wong_____
                                            PHILLIP A. TALBERT
9                                           Acting United States Attorney
                                            by SAMUEL WONG
10                                          Attorney for Plaintiff

11

12
                                            /S/      Clemente M. Jiménez_____
13                                          CLEMENTE M. JIMÉNEZ
                                            Attorney for RAFAEL MADRIZ, JR.
14

15

16
                                    **ORDER**
17

18        IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter,

19   scheduled for June 30, 2016, at 9:30 a.m., be vacated and the matter continued to

20   September 8, 2016, at 9:30 a.m. for judgment and sentencing.  IT IS FURTHER

21   ORDERED, that the briefing schedule be modified as noted above.

22   This 26th day of May, 2016

23

24                                          _____

25                                          Troy L. Nunley
                                            United States District Judge
26

27

28

05/26/16