BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL MADRIZ, JR.,<br><br>　　　　　Defendant. | CASE NO. 2:13-CR-185-TLN<br><br>*AMENDED* **STIPULATION AND ORDER RE: DEFENDANT RAFAEL MADRIZ, JR.'S WEIGHING OF EXHIBIT NO. 9 (METHAMPHETAMINE)**<br><br>Court: Hon. Troy L. Nunley |

Whereas, defendant Rafael Madriz desires to utilize defense expert Judith Stewart, Senior Forensic Toxicologist, Forensic Analytical Science, Inc., to weigh Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Case No. 786095-13-0053, Exhibit No. 9, as reported in Drug Enforcement Administration Form 7, Report of Drug Property Collected, Purchased or Seized, Discovery Document Nos. 36-37, and

Whereas, the previous stipulation and proposed order contained an error at 4:1 referring to the defense expert and her laboratory as "Judith Stewart and Drug Detection Laboratory", when the document should have referred to the defense expert and her laboratory as "Judith Stewart and Forensic Analytical Science, Inc.",

///

///

///

1

STIPULATION AND ORDER RE: WEIGHING OF
EXHIBIT 9 (METHAMPHETAMINE)

It is hereby stipulated and agreed to by and between the parties, through their respective counsel, that the Court may enter the attached AMENDED ORDER to effect the weighing of ATF Case No. 786095-13-0053, Exhibit No. 9.

Dated: May 25, 2016                        */s/ Clemente Jimenez*
                                  By:
                                       CLEMENTE JIMENEZ
                                       Attorney for defendant
                                       RAFAEL MADRIZ

Dated: May 25, 2016                   PHILIP TALBERT
                                       Acting United States Attorney

                                       */s/ Samuel Wong*
                                  By:
                                       SAMUEL WONG
                                       Assistant United States Attorney

_____

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefrom, IT IS HEREBY ORDERED, pursuant to F.R.Crim.P. 16(a)(1)(E), that plaintiff United States of America shall allow the defense to independently inspect and weigh Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Case No. 786095-13-0053, Exhibit No. 9, which the Drug Enforcement Administration ("DEA") allegedly weighed as approximately 978.58 grams of net pure methamphetamine and comprising of: (1) a separately packaged precomposited quantity of d-methamphetamine hydrochloride (weight approximately 952.01 grams) purchased from defendant Rafael Madriz on April 16, 2013; (2) a separately packaged composite quantity of d-methamphetamine hydrochloride (weight approximately 25.57 grams) prepared by the DEA Western Regional Laboratory from the d-methamphetamine hydrochloride purchased from Madriz on April 16, 2013; and (3) a plastic container with lid in which the d-methamphetamine hydrochloride purchased from Madriz on April 16, 2013, was packaged.

IT IS FURTHER ORDERED that the defense shall coordinate with the United States a convenient date and time for the weighing of Exhibit No. 9 ordered herein, which date shall be within fourteen calendar days of the date of this Order. Upon agreement of the date of the weighing of Exhibit

2

STIPULATION AND ORDER RE: WEIGHING OF
EXHIBIT 9 (METHAMPHETAMINE)

1  No. 9, the United States shall deliver, in its discretion and in a manner consistent with the type and
2  quantity of controlled substance at issue, and considering the defense expert's proximity to the federal
3  law enforcement agents delivering Exhibit No. 9 to the defense expert.  The defense expert is
4  specifically identified as Judith Stewart, Senior Forensic Toxicologist, of Forensic Analytical Science,
5  Inc., DEA Registration Number RF0193778, located at 3777 Depot Road #409, Hayward, California,
6  94545, telephone (510) 266-8100.  The defense expert shall perform the inspection and weighing
7  Exhibit No. 9, in accord and in full compliance with the applicable DEA registration procedures, found
8  at 21 C.F.R. § 1301.11, et seq.
9       IT IS FURTHER ORDERED that, upon delivery of Exhibit No. 9 to the defense expert by the
10 federal law enforcement agents, the defense expert shall sign and return to the federal agents all
11 accompanying forms (including the appropriate Bureau of Alcohol, Tobacco, Firearms, and Explosives
12 release and receipt form and log entry on Exhibit No. 9) indicating receipt of Exhibit No. 9. The defense
13 expert's weighing shall be observed by the federal law enforcement officers, who reserve the right to
14 videotape the weighing or any portion thereof, including the weight of the methamphetamine as
15 measured and displayed on the defense expert's scale.  The defense expert shall be responsible for
16 safeguarding Exhibit No. 9, preserving the chain of custody in a manner to faithfully protect its integrity.
17 The defense expert shall conduct the inspection and weighing of Exhibit No. 9 ordered herein, and shall
18 provide the United States with a Declaration Under Penalty of Perjury pursuant to 28 U.S.C. § 1746 that
19 states the weight of precomposited and composited portions of Exhibit No. 9 received from and returned
20 to the federal agents.  The defense expert shall be responsible for repackaging each of the following: (1)
21 the precomposited portion of Exhibit No. 9; (2) the composited portion of Exhibit No. 9; (3) the plastic
22 container that contained Exhibit No. 9; and (4) the original plastic bag packaging for each of these items,
23 respectively, into individual heat-sealed evidentiary transparent plastic bags, which shall be placed into a
24 larger separate heat-sealed transparent plastic bag, which shall be heat sealed and secured in such a
25 manner that tampering will be readily observable.  The defense expert shall deliver the Declaration and
26 Exhibit No. 9 as repackaged to the federal agents immediately upon completion of the weighing ordered
27 herein, which federal agents shall maintain custody of Exhibit No. 9 and deliver the exhibit to a safe and
28 secure location for storage.

STIPULATION AND ORDER RE:  WEIGHING OF
EXHIBIT 9 (METHAMPHETAMINE)

1    IT IS FURTHER ORDERED that any weighing of Exhibit No. 9 shall be conducted first and separately from any testing involving qualitative and/or quantitative analyses of a representative sample taken from Exhibit No. 9, if such a separate order is entered.

    IT IS FURTHER ORDERED, that:  (1) Judith Stewart and Forensic Analytical Science, Inc., shall safeguard Exhibit No. 9, preserving the chain of custody in a manner to faithfully protect the integrity of the exhibit received; (2) any failure by the defense expert to follow the aforementioned procedures will render the weighing results scientifically invalid; and (3) any failure by the defense to maintain the proper chain of custody will not render Exhibit No. 9 and/or DEA's scientific examination results inadmissible for this reason.

    IT IS FURTHER ORDERED, that time from the date of this stipulation, May 12, 2016, to and including May 26, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4) (preparation by defense counsel) to allow for the weighing by the defense of Exhibit No. 9.

Dated:  May 26, 2016

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER RE:  WEIGHING OF
EXHIBIT 9 (METHAMPHETAMINE)

4