BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL MADRIZ, JR.,<br><br>Defendant. | CASE NO. 2:13-CR-185-TLN<br><br>*AMENDED* **STIPULATION AND ORDER RE: DEFENDANT RAFAEL MADRIZ, JR.'S TESTING OF EXHIBIT NO. 9 (METHAMPHETAMINE)**<br><br>Court: Hon. Troy L. Nunley |

Whereas, defendant Rafael Madriz desires to utilize defense expert Judith Stewart, Senior Forensic Toxicologist, Forensic Analytical Science, Inc., to test Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Case No. 786095-13-0053, Exhibit No. 9, as reported in Drug Enforcement Administration ("DEA") Form 7, Report of Drug Property Collected, Purchased or Seized, Discovery Document Nos. 36-37, and

Whereas, the previous stipulation and proposed Order submitted on May 12, 2016, required at 2:19-20 that, ". . . the United States shall deliver, within ten calendar days of this Order" the representative sample to be tested by the defense expert, and the parties desire to expand the time period for the United States to perform that task to, ". . . the United States shall deliver, within fourteen calendar days after the completion of the weighing by the defense expert of Exhibit No. 9 . . ." the representative sample to be tested by the defense expert,

///

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)

1

It is hereby stipulated and agreed to by and between the parties, through their respective counsel, that the Court may enter the attached AMENDED ORDER to effect the testing of ATF Case No. 786095-13-0053, Exhibit No. 9.

Dated:  May 25, 2016                    /s/ Clemente Jimenez

By:
CLEMENTE JIMENEZ
Attorney for defendant
RAFAEL MADRIZ

Dated:  May 25, 2016                    PHILIP TALBERT
Acting United States Attorney

/s/ Samuel Wong

By:
SAMUEL WONG
Assistant United States Attorney

_____

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefrom, IT IS HEREBY ORDERED, pursuant to F.R.Crim.P. 16(a)(1)(E), that the United States shall extract a representative sample weighing 500 milligrams from Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Case No. 786095-13-0053, Exhibit No. 9, to perform the defense qualitative and quantitative analyses.

IT IS FURTHER ORDERED that the United States shall deliver, within fourteen calendar days of after the completion of the weighing by the defense expert of Exhibit No. 9, in a manner it deems appropriate for the type and quantity of controlled substance at issue, and considering the expert's proximity to the originating Drug Enforcement Administration 's Western Regional Laboratory, the representative sample taken from Exhibit No. 9 to the defense expert, Judith Stewart, Senior Forensic Toxicologist, of Forensic Analytical Science, Inc., DEA Registration Number RF0193778, located at 3777 Depot Road #409, Hayward, California, 94545 (telephone:  510- 266-8100).  The defense expert shall perform the qualitative and quantitative analyses of the sample from Exhibit No. 9, in accord and in full compliance with the applicable DEA registration procedures, found at 21 C.F.R. § 1301.11, et seq.

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)

1    IT IS FURTHER ORDERED that, upon delivery of the representative sample taken from Exhibit
2 No. 9 to the defense expert, the expert shall sign and return by Registered Mail, Return Receipt
3 Requested, all accompanying forms (including Form DEA-12, "Receipt For Cash Or Other Items")
4 indicating receipt of the representative sample. The defense expert shall conduct the identification and
5 quantitative analysis (calculated as the hydrochloride salt form) ordered herein, and shall provide the
6 United States with a Declaration Under Penalty of Perjury pursuant to 28 U.S.C. § 1746.  The
7 Declaration will state the quantity of the representative sample consumed during analysis as well as the
8 weight of the representative sample both received from and any remaining portion of the representative
9 sample returned to the United States.  The Declaration shall be delivered to the United States
10 immediately upon completion of the analyses ordered herein.

11    IT IS FURTHER ORDERED that, in accordance with F.R.Crim.P. 16(b)(1)(B), the defense
12 counsel shall provide the United States with a complete copy of the results or reports of the analyses
13 under this Order.

14    IT IS FURTHER ORDERED that the defense expert:  (1) shall perform her qualitative and
15 quantitative analyses of the sample from Exhibit No. 9 within ten calendar days of the date of this Order;
16 (2) shall be responsible for safeguarding the representative sample taken from Exhibit No. 9, preserving
17 the chain of custody in a manner to faithfully protect its integrity; (3) shall be responsible for
18 repackaging any remaining portion of the representative sample taken from Exhibit No. 9 into a heat-
19 sealed transparent plastic bag, which shall be heat sealed and secured in such a manner that tampering
20 will be readily observable; and (4) shall return, within five calendar days following completion of the
21 reanalysis, any residual substance and its original packaging to the originating DEA Western Regional
22 Laboratory, 6880 Koll Center Parkway, Pleasanton, California, 94566 (telephone:  925-417-5565), by
23 secured delivery services (i.e., barcode tracking systems) offered by the United States Postal Service
24 (such as registered mail) or by a commercial carrier, **but not to include regular first class mail**.

25    IT IS FURTHER ORDERED, that:  (1) any failure by the defense expert to follow the
26 aforementioned procedures will render the testing results scientifically invalid; and (2) any failure by the
27 defense to maintain the proper chain of custody will not render Exhibit No. 9 and/or DEA's scientific
28 examination results inadmissible for this reason.

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)

1  IT IS FURTHER ORDERED, that time from the date of this stipulation, May 12, 2016, to, and
2 including, June 20, 2016, shall be excluded from computation of time within which the trial of this case
3 must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
4 (Local Code T4) (preparation by defense counsel) to allow for the testing by the defense of a
5 representative sample from Exhibit No. 9.

Dated:  May 26, 2016

_____
Troy L. Nunley
United States District Judge

4

STIPULATION AND ORDER RE TESTING OF
EXHIBIT 9 (METHAMPHETAMINE)