McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00185-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |
| v. | |
| RAFAEL MADRIZ, JR., | |
| Defendant. | |

## **STIPULATION TO SET BRIEFING SCHEDULE**

On July 10, 2020, the defendant filed an Emergency Motion for Order Reducing Sentence Under the Compassionate Release Statute. (Doc. 91.) By this stipulation, the parties jointly request that the Court set the following briefing schedule:

1. The United States's response shall be filed by July 24.

2. The defendant's reply shall be filed by July 31.

IT IS SO STIPULATED.

///

///

///

///

///

STIPULATED REQUEST FOR BRIEFING SCHEDULE                1

| | | |
|---|---|---|
| 1 | Dated: July 16, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | /s/ JUSTIN L. LEE |
| 4 | | JUSTIN L. LEE<br>Assistant United States Attorney |
| 6 | Dated: July 16, 2020 | /s/ LISA RASMUSSEN |
| 7 | | LISA RASMUSSEN<br>Counsel for Defendant<br>Rafael Madriz, Jr. |

## ORDER

Based on the request of the parties, the Court adopts the following briefing schedule. The United States shall file its response to the defendant's motion by July 24, 2020. The defendant shall file any reply by July 31, 2020.

IT IS SO ORDERED this 17th day of July, 2020.

Troy L. Nunley
United States District Judge